### 7839. DRISCOLL v. REDWINE BROTHERS.

WADE, C. J. 1. The place of holding a justice's court can not be changed otherwise than by giving a duly published notice of the proposed change of location as required by law; and a judgment rendered at any other place than that fixed by law is void. *Hilson* v. *Kitchens*, 107 *Ga.* 230 (33 S. E. 71, 73 Am. St. R. 119); *Carter* v. *Atkinson*, 12 *Ga. App.* 390 (77 S. E. 370).

(a) From the magistrate's answer it appears that the judgment in question was rendered at the place fixed by law, and that this had been the "regular place" of holding the justice's court for this district for the past eighteen or twenty years. The case is not altered by the fact that the justice's court for the district had been previously held at a place other than that legally fixed as the place of holding that court.

2. The judge of the superior court did not err in overruling the certiorari.

<em>Judgment affirmed.</em>    <em>George and Luke, JJ., concur.</em>
DECIDED MARCH 16, 1917.

Certiorari; from Fayette superior court—Judge Searcy. August 12, 1916.

*W. B. Hollingsworth,* for plaintiff in error.

*J. W. Culpepper,* contra.

---

### 7845. BEDINGFIELD· v. LAMB.

LUKE, J. A promise to answer for the debt of another must be in writing, in order to bind the promisor. Civil Code (1910), § 3222. This case falls squarely within the rule laid down in *Harris* v. *Paulk*, 10 *Ga. App.* 334 (73 S. E. 430), and *Foote* v. *Reece*, 17 *Ga. App.* 799 (88 S. E. 689), and is distinguished by the facts from the cases of *Evans* v. *Griffin*, 1 *Ga. App.* 327 (57 S. E. 921), and *Palmetto Manufacturing Co.* v. *Parker*, 123 *Ga.* 798 (51 S. E. 714), and *Ferst* v. *Bank of Waycross*, 111 *Ga.* 229 (36 S. E. 773). Under the facts the court did not err in sustaining the certiorari.

<em>Judgment affirmed.</em>    <em>Wade, C. J., and George, J., concur.</em>
DECIDED MARCH 16, 1917.

Certiorari; from Emanuel superior court—Judge Hardeman. August 2, 1916.

*T. N. Brown,* for plaintiff.

*I. L. Price, Saffold & Jordan,* for defendant.